THE PEOPLE ex rel. ANNA MARIA DEAN, Respondent, *v.* EDWARD GILON et al., as and Composing the Board of Assessors of the City of New York, Appellants.

(Argued October 5, 1891; decided October 13, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 11, 1891, which reversed on certiorari, proceedings of the assessors in the matter of closing Kings Bridge road between One Hundred and Thirty-fifth and One Hundred and Fifty-fifth streets in the city of New York.

*D. J. Dean* for appellants.

*James A. Deering* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.